United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00389-KMS
James Randall Hannah  Chapter 13
Chellie Ladene Hannah
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 3
Date Rcvd: Apr 10, 2025  Form ID: n031  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Randall Hannah, Chellie Ladene Hannah, 2573 Pricedale Drive, Bogue Chitto, MS 39629-9664 |
| 5474189 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 19:49:40 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 19:49:41 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5474172 | | Email/Text: ebn@21stmortgage.com | Apr 10 2025 19:40:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5474173 | + | Email/Text: bankruptcy@acimacredit.com | Apr 10 2025 19:40:00 | Acima Credit, 13907 Minuteman Dr, Draper, UT 84020-9869 |
| 5474174 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 10 2025 19:49:41 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5474175 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 10 2025 19:40:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5474176 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2025 19:40:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5474181 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2025 19:40:00 | Department of Treasury -, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5474177 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 10 2025 19:49:33 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5477857 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 19:49:41 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5474178 | ^ | MEBN | Apr 10 2025 19:37:12 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 5474179 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 10 2025 19:49:40 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5474180 | + | Email/Text: bankruptcy@sccompanies.com | Apr 10 2025 19:40:00 | Ginnys/Swiss Colony, Po Box 2825, Monroe, WI 53566-8025 |
| 5474182 | + | Email/Text: ebone.woods@usdoj.gov | Apr 10 2025 19:40:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: n031 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 5495738 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2025 19:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5474183 | | Email/Text: customerservice.us@klarna.com | Apr 10 2025 19:40:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5474184 | ^ | MEBN | Apr 10 2025 19:37:21 | Kubota Credit Corp, Attn: Bankruptcy, P.O. Box 2046, Grapevine, TX 76099-2046 |
| 5477724 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 19:49:33 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5474185 | + | Email/Text: bankruptcy@sccompanies.com | Apr 10 2025 19:40:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5474186 | + | Email/Text: bankruptcy@sccompanies.com | Apr 10 2025 19:40:00 | The Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5474187 | ^ | MEBN | Apr 10 2025 19:37:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5474188 | ^ | MEBN | Apr 10 2025 19:37:02 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor James Randall Hannah trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Chellie Ladene Hannah trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00389−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| James Randall Hannah<br>aka James R Hannah, aka James Hannah<br>2573 Pricedale Drive<br>Bogue Chitto, MS 39629 | Chellie Ladene Hannah<br>aka Chellie Hannah<br>2573 Pricedale Drive<br>Bogue Chitto, MS 39629 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 10, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: April 10, 2025                                  Danny L. Miller, Clerk of Court