# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **James Randall** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Chellie Ladene Hannah** | ) |
| | ) **Case Number: 25-00389-KMS** |
| **DEBTORS.** | ) **Chapter 13** |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW CREDITOR, RUGGED RENTALS, LLC,** owner of an executory contract/unexpired lease agreement for a portable building ("Rental Agreement"; attached hereto) with Debtor, Chellie Hannah. RUGGED RENTALS, LLC moves this Court to enter an Order terminating the Automatic Stay imposed by Section 362 of the Bankruptcy Code as said stay applies to RUGGED RENTALS, LLC's interest in its property in possession of the Debtor. As grounds for its motion, Creditor states the following:

1. BHR Management, LLC entered into a consumer Rental Agreement (hereinafter referred as "Rental Agreement") for a portable building, dated August 13, 2021, with Chellie Hannah. All right and title in and to the subject portable building and Rental Agreement was assigned to Rugged Rentals, LLC, by way of assignment on August 13, 2021. A true and correct copy of the Rental Agreement is attached hereto as Exhibit "A" and incorporated herein

2.      Creditor, RUGGED RENTALS, LLC retains an ownership interest in the leased portable building; to wit: (1) **10 x 16 Utility Building (Inventory # UUTX-148532-1016-072021)**.

3.      Debtor has failed to list the subject portable building in her plan. The Lease is for a term of one (1) month, and month-to-month thereafter, and is terminable at the option of the consumer/renter without any additional fee or charge (accrued charges/rental payments due remain), by voluntary surrender of the portable building. Accordingly, the subject Lease is properly considered an executory contract/unexpired lease.

4.      **Debtor is behind by 43 monthly payments under the Rental Agreement and is in default in the amount of $9,535.42, plus attorney fees, costs of court, and interest accruing,** yet has remained in possession of Creditor's property. (See affidavit of Jennifer Woods; attached hereto). Moreover, given Debtor's lack of payment for 43 months, (during which time Debtor has had the use of the subject building), Creditor's rights in its property have been, and will continue to be, substantially and manifestly prejudiced.

5.      Additionally, the portable building is not necessary for the effective administration of the bankruptcy estate, and Debtor does not have an equity interest in the property, but remains in possession of it.

6.      Accordingly, Creditor respectfully submits that it is entitled to an Order lifting the Stay imposed by Section 362 Bankruptcy Code, so that it may deal directly with Debtor, pursuant to the terms of the Rental Agreement with Debtor to protect its interest in its property, including repossession, to cease any further economic damage.

**WHEREFORE**, Creditor, RUGGED RENTALS, LLC, respectfully requests that an Order be entered:

(a)   Terminating, annulling, or modifying the automatic stay to permit RUGGED RENTALS, LLC to deal directly with Debtor and/or to take appropriate judicial or other action to protect its interest in its property; and

(b)   Awarding RUGGED RENTALS, LLC, and all such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this the 17th day of October, 2025.

/s/ Patrick O. Gray
Patrick O. Gray,
Attorney for Creditor,
RUGGED RENTALS, LLC

**OF COUNSEL:**
Patrick O. Gray
Gray Law Group
1490 Northbank Parkway
Suite 263
Tuscaloosa, AL 35406
Telephone: (205) 469-7905
Email: patrick@gray-lawgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day filed electronically and served a copy of the foregoing Motion by U.S. Mail on:

Via ECF:
Debtor's Attorney
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

Via US Regular Mail:
Debtor:
Chellie Ladene Hannah
2573 Pricedale Drive
Bogue Chitto, MS 39629

Via ECF:
Trustee:
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
601-582-5011
Email: ecfnotices@rawlings13.net

Creditor Matrix
attached

/s/ Patrick O. Gray
Of Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-00389-KMS<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Thu Oct 16 12:50:30 CDT 2025 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | Acima Credit<br>13907 Minuteman Dr<br>Draper, UT 84020-9869 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 | Bridgecrest Acceptance<br>Po Box 53087<br>Suite 100<br>Phoenix, AZ 85072-3087 | Carvana, LLC<br>Bridgecrest c/o AIS Portfolio Services,<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Department of Treasury -<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Exeter Finance LLC<br>Attn: Bankruptcy<br>Po Box 166008<br>Irving, TX 75016-6008 |
| Exeter Finance LLC c/o AIS Portfolio Service<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 | First Digital Card<br>Attn: Bankruptcy<br>Po Box 85650<br>Sioux Falls, SD 57118-5650 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Ginnys/Swiss Colony<br>Po Box 2825<br>Monroe, WI 53566-8025 | Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| (p)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | Kubota Credit Corp<br>Attn: Bankruptcy<br>P.O. Box 2046<br>Grapevine, TX 76099-2046 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Seventh Ave<br>Attn: Bankruptcy<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| The Swiss Colony<br>Attn:Bankruptcy<br>1112 Seventh Ave<br>Monroe, WI 53566-1364 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Westlake Portfolio<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 | Zip, Inc.<br>PMB 59872<br>New York, NY 10003-1502 | Chellie Ladene Hannah<br>2573 Pricedale Drive<br>Bogue Chitto, MS 39629-9664 |

| | | |
|---|---|---|
| (p)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | James Randall Hannah<br>2573 Pricedale Drive<br>Bogue Chitto, MS 39629-9664 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 | (d)21st Mortgage Corporation<br>Attn: Bankruptcy<br>P.O. Box 477<br>Knoxville, TN 37901 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Klarna<br>PO Box 8116<br>Columbus, OH 43201 | David Rawlings<br>David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CREDITOR ADDED IN ERROR.

End of Label Matrix
Mailable recipients     32
Bypassed recipients      1
Total                   33