DocuSign Envelope ID: 3D5D8EF2-60E2-45CA-8C3E-F8215988ECB5

## BHH MANAGEMENT

MAIL PAYMENTS TO: PO BOX 5117 South Fulton, TN 38257

PHONE (844) 292-3330   EMAIL: Info@bluehouserentals.co   WEBSITE: barnpayment.com

## RENTAL PURCHASE AGREEMENT AND DISCLOSURE

### 48 Month BASIC

This agreement made and entered into on [08/13/2021] (a copy of which has been furnished to Renter as evidenced by Renter's signature as it appears below), by and between BHH Management having its principal place of business a at: 509 Broadway, South Fulton, TN 38257, Obion County, hereinafter referred to as "Lessor" and

| Chellie Hannah | 2573 Pricedale Dr. | Bogue Chitto | Mississippi |

**Co-Renter:** [N/A]   **Co-Renter Address:** [ ]   -- Select State --

**WITNESSETH:**

**1. AGREEMENT:** For and in consideration of mutual covenants and agreements hereinafter set forth, Lessor hereby leases to Renter and Renter hereby leases from Lessor the certain portable warehouse and equipment described in paragraph 2 (A) set out below.

**2. DISCLOSURES:**

**A.** The property to be leased and which is the subject of this agreement is described as follows: [U10X16]

**B.** The cash price of the lease property is [$ 4,614.00] plus sales tax.

**C.** The property is: [On Lot New]   **First Payment DUE 30 days from:** [08/13/2021]

**D.** The term of this agreement is for one month. Term for ownership:

**E. INITIAL PAYMENT: Renter has made an initial cost reduction payment of** [$ 0.00] **plus tax.**

Renter may renew this agreement for consecutive terms of one month by making rental payments in advance for additional month Renter wishes to rent the property.

**F. The Rental Payment is** [$ 192.25] plus [$ 13.46] sales tax, Total: [$ 205.71] per month and is due on the 5th day of each succeeding month. Sales tax and total payment amount may change to reflect any sales tax rate changes enacted by applicable governmental taxing authorities. If Renter renews this agreement: Forty-Eight (48) consecutive months, on time for a total cost of [$ 9,874.08] **PLUS the Cost Reduction of** [$ 0.00] and otherwise complies with this agreement, then Renter will acquire ownership of the rented property. At any time after Renter has made the first rental payment, Renter may acquire ownership of the rented property by tendering 50% of the difference between the total of scheduled payments and the total amount paid on the account, This amount being the "EPO" and is exclusive of taxes, reinstatement Fees and other charges. The Cost of Lease Services is [$ 9,228.00] (Exclusive of taxes, reinstatement Fees and other charges).

**G.** Renter will not have legal title or an equitable interest in the property until Renter has made the number of payments and the total of payments necessary to acquire ownership.

**H.** The total amount of payments does not include other charges such as late payment, default, pick-up or reinstatement fees. Renter should read this contract in its entirety for an explanation of these charges.

**I.** Renter is responsible for the EPO value of the property if lost, stolen or damaged or destroyed.

Renter is responsible for the EPO or the cost of repairs (whichever is less) in the event of damage in excess of normal wear.

**J.** Renter is responsible for maintaining the property while it is leased and returning it in the same condition minus normal wear and tear.

**K.** Renter shall not permit the leased property to be altered by the addition of equipment and accessories or the placing of signs thereon and shall not permit the lease property to be tied to or otherwise affixed to any real-estate in such a manner that the same cannot be removed without damage to the leased property. Renter shall not obstruct access to property so as to prevent removal in the event of termination.

**L.** At the time of the execution of this agreement the renter shall pay to lessor a security deposit of: [$ 150.00]

Deposit to be held by lessor as security for the performance of all terms of this agreement.

**3. MISCELLANEOUS:**

**A. There is a charge to move, pick up or redeliver the property. Such charge to be reasonably determined based on the situation or as dictated by statute.**

**B. late fees for delinquent payments will be charged on payments more than 5 days past due at 5% of the past due amount or as dictated by statute.**

**4. TERMINATION:** A. Renter may terminate this agreement without penalty by voluntarily surrendering the rental property upon expiration of the lease term. Renter must make a request in writing at least seven (7) days in advance for the property be returned. Renter will owe rent for any and all time that Renter has use of the property. In that event, Renter agrees to return the rented property to Lessor in the same condition it was on this date, normal wear and tear accepted.

Renter agrees to assist in obtaining recovery of property upon voluntary return of the same, or in the event of default.

B. In the event of termination by Renter, Renter will still owe Lessor any past-due Rental Payments. If Renter fails to make a timely Rental Payment, which otherwise would effectuate a termination of this agreement, Renter shall have the right to reinstate the agreement without losing any rights or options by payment of all past-due rental charges, the reasonable cost of pick-up, redelivery, and refurbishing, and any applicable late fees within five (5) days of the renewal date.

**RENTER INITIALS** [ ]   **CO-RENTER INITIALS** [ ]   [08/13/2021]

Email all orders to orders@premierbuildings.us

© Copyright 2019 Premier Portable Buildings. All Rights Reserved. Unauthorized use is punishable by law.

DocuSign Envelope ID: 3D5D8EF2-60E2-45CA-8C3E-F8215986ECB5

# **BHH MANAGEMENT**

MAIL PAYMENTS TO: PO BOX 5117 South Fulton, TN 38257
PHONE (844) 292-3330  EMAIL: Info@bluehouserentals.co  WEBSITE: barnpayment.com

## RENTAL PURCHASE AGREEMENT AND DISCLOSURE

© Copyright 2019 Premier Portable Buildings. All Rights Reserved. Unauthorized use is punishable by law.

**5. DEFAULT:** The Renter shall be in default if (a) the Renter both fails to renew the agreement and fails to return the property or make arrangements for its return as provided in this agreement, Or (b) The prospect of payment, performance, or return of the property is materially impaired due to a breach of this agreement. The Renter (Lessee) shall be responsible for any pick up and/or re-delivery fees and any late charges and unpaid rent.

**6. REINSTATEMENT:** If Renter, within 7 days after the default has returned or voluntarily surrendered the rented property to Lessor, other than through judicial process, and is current in all payments due under the lease agreement on the renewal date, may reinstate the agreement without losing any rights or options which exist under the agreement.

**7. LOCATION OF PROPERTY:** The rented property shall be kept at the Renters address shown herein. It may not be moved from that address without Lessor's written consent. The rented property may only be moved by carriers authorized in writing by Lessor. There is a charge to move the rented property.

**8. ASSIGNMENT BY RENTER:** Renter may not assign any of Renter's rights under this Contract to any third party without the written consent of Lessor.

**9. RIGHT TO INSPECT:** Lessor shall have the right to examine and inspect the rented property at all reasonable times. **Lessor shall have the right to remove the property in the event of non-payment and/or default under this contract. Renter agrees to remove all obstructions and open any gates to allow lessor to recover the rented/leased property.**

**10. LIABILITY FOR CONTENT:** Notwithstanding anything contained in this agreement to the contrary, the Lessor shall not be liable to the Renter or to any other person, firm, or corporation by reason of the loss of, damage to or destruction of any contents contained from time to time in the lease property, unless such loss of, damage or destruction is due to the negli-gence of the Lessor, its agent, servant or employees. In the event and whether or not such loss, damage or destruction of such property kept in the leased premises is due to the negligence of the Lessor, its agents, or its employees, or otherwise, the liability of the Lessor shall not exceed the value of the portable warehouse in question. In this regard, the Renter war-rants and guarantees to the Lessor that no property in excess of the said limit of liability shall be placed in or stored in the leased property other than at the sole peril of the Renter.

**11. RECOVERY BY RENTER:** Notice is hereby given to any holder of this instrument or any interest therein that to the extent this instrument may be deemed to be a consumer credit contract, the rights of said holder, if any , are subject to all claims and defenses which the Renter could assert against the Lessor of goods and service obtained pursuant thereto, but with recovery by the Renter being limited to the amount paid by the Renter hereunder.

**12. CLEAN OUT:** Renter agrees to promptly remove all of Renter's personal belongings and property at the termination of this agreement, whether such termination is caused by Renter's default, or by lapse of time, and Lessor may elect that any personal property not removed at such termination by Renter is deemed abandoned by Renter and same shall become the property of the Lessor without any payment or offset therefore. If Lessor shall not so elect, the Lessor may remove such property from the leased premises and store same at Renter's risk and expense.

**13. COST OF ENFORCEMENT:** In the event the Lessor shall incur costs and expenses in enforcing the terms of this agree-ment because of the breach thereof by the Renter or by the agents, servants or employees of the Renter, the Lessor shall recover from and the Renter shall pay to Lessor, all of the costs and expenses by reason thereof.

**14. FITNESS FOR PURPOSE:** The parties agree that the Renter has examined the lease property, knows the condition thereof, and has agreed to lease the same in an "as is" condition and that the Lessor has made no representations, warran-ties, or promises of any kind or nature, either expressly or implied, as to the condition, quality, suitability, or fitness or pur-pose of the lease property. Renter assumes the entire risk as to suitability, quality and performance of the rented property.

**15. TITLE, MAINTENANCE, TAXES:** Title, Maintenance, and taxes: Renter is responsible for any and all real estate or personal property taxes. Lessor retains title to the property and will pay any sales tax which may be levied upon the property. You do not own the property unless you buy it or acquire it within the terms of this contract.

**16. VALIDITY AND JURISDICTION:** The Renter agrees that this lease is not valid until received by Lessor in its home office and that the laws of the State of Tennessee, the home state of the Lessor, shall govern this contract in all respects, and Renter further agrees to submit to the jurisdiction of the Courts of Tennessee, including but not necessarily limited to the courts of Obion County, Tennessee, the site of the home office of Lessor.

**17. MODIFICATION:** This agreement sets forth the parties' entire agreement and may not be changed except in paper writing signed by both parties.

**18. DISPUTE RESOLUTION:** All claims and disputes arising under or relating to this Agreement Where such claim is in ex-cess of $25,000.00 are to be settled by binding arbitration in the state of Tennessee or another location mutually agreeable to the parties. An award of arbitration may be confirmed in a court of competent jurisdiction.

**RENTER INITIALS** [ C H ]   **CO-RENTER INITIALS** [        ]   [ 08/13/2021 ]

Email all orders to orders@premierbuildings.us

DocuSign Envelope ID: 3D5D8EF2-60E2-45CA-8C3E-F821598EE0B5

**DnA™ MANAGEMENT**

# RENTAL PURCHASE AGREEMENT AND DISCLOSURE

PHONE (844) 292-3330   EMAIL: info@bluehouserentals.co   WEBSITE: bampayment.com
MAIL PAYMENTS TO: PO BOX 5117 South Fulton, TN 38257

**19. SEVERABILITY:** The invalidity or unenforceability of any provisions of this Agreement shall not affect the validity or enforceability of any other provision of this Agreement, which shall remain in full force and effect. Any invalid, illegal or unenforceable term or provision shall be deemed replaced by a term or provision that is valid and enforceable and that comes closest to expressing the intention of the invalid, illegal or unenforceable term or provision.

© Copyright 2019 Premier Portable Buildings. All Rights Reserved. Unauthorized use is punishable by law.

## Required References

| Ref 1 Name | | Ref 2 Name | |
| Phone # | | Phone # | |

| Required Information | | Co-Renter Required Information | |
|---|---|---|---|
| Phone # | | Phone # | |
| Social Security # | | Social Security # | |
| Drivers License # | | Drivers License # | |
| Date of Birth | | Date of Birth | |
| Employer Name | | Employer Name | |
| Employer Address | | Employer Address | |
| -- Select State -- | | -- Select State -- | |
| Employer Phone # | | Employer Phone # | |
| Landlord/Owner Name | N/A | | |
| Landlord Address | -- Select State -- | | |
| Landlord Phone # | | | |

## OWN OR RENT LAND WHERE BUILDING DELIVERED:

[ ] RENT   [✓] OWN

## IF RENT, ATTACH LAND LORD PERMISSION FORM.

A. Renter has read and understands this agreement.

B. Renter has been given a signed and legible copy with all blanks filled in.

C. Renter will receive the rented property in good condition and will not accept the property otherwise.

D. Renter hereby acknowledges the Lessor maintains the right to assign this contract to a third party and further agrees to remit rental payments to such party if so assigned.

**NOTICE TO CUSTOMER:**
(A) DO NOT SIGN THIS BEFORE YOU READ IT.
(B) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.
(C) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(D) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT.

| RENTER INITIALS | CO-RENTER INITIALS | |
|---|---|---|
| CH | | 08/13/2021 |

Email all orders to orders@premierbuildings.us

Docusign Envelope ID: 3D5D8EF2-60E2-45CA-9C3E-F82159888C85

# BHR MANAGEMENT

## RENTAL PURCHASE AGREEMENT AND DISCLOSURE

PHONE (844) 292-3330   EMAIL: info@bluehouserentals.co   WEBSITE: barmpayment.com

MAIL PAYMENTS TO: PO BOX 5117 South Fulton, TN 38257

**IN WITNESS WHEREOF, the parties have hereunto affixed their signatures as the day and date first above written.**

**\*DO NOT SIGN THIS LEASE AGREEMENT UNTIL YOU HAVE READ ALL DISCLOSURES OR IF THERE ARE ANY BLANKS\***

| RENTER SIGNATURE | CO-RENTER SIGNATURE |
|---|---|
| DocuSigned by: *[signature]* | |
| 7A8D39A17702442... | |
| **RENTER PRINTED NAME** | **CO-RENTER PRINTED NAME** |
| Chellie Hannah | N/A |

| WITNESS SIGNATURE | |
|---|---|
| *[signature]* | |
| **WITNESS PRINTED NAME** | |
| Jaclyn Houck | |

### ATTACHMENTS

Please complete all necessary accompanying documents and attach two (2) Forms of Identification.

### ASSIGNMENT

Lessor sells and assigns to _____Rugged Rentals_____, its successors and assigns, all rights, title and interest in this Rental Purchase Agreement and Disclosure Statement. Lessor gives assignee full power, either in its own name or in the Lessor's name, to take all legal and other action which the Lessor could have taken under this Agreement.

By: *[signature]*

**BHR Management (Lessor)**

# BHR MANAGEMENT

## ASSIGNS

# RUGGED RENTALS

© Copyright 2019 Premier Portable Buildings. All Rights Reserved. Unauthorized use is punishable by law.

Email all orders to orders@premierbuildings.us