IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: )<br>)<br>**James Randall** )<br>)<br>**and** )<br>)<br>**Chellie Ladene Hannah** )<br>)<br>**DEBTORS.** ) | Case Number: 25-00389-KMS<br>Chapter 13 |

## AFFIDAVIT OF JENNIFER WOODS

STATE OF TENNESSEE )
OBION COUNTY )

BEFORE ME, the undersigned authority, personally appeared Jennifer Woods, who being known to me and being first duly sworn, deposes and says as follows:

My name is Jennifer Woods and I am employed as Collections Manager for Rugged Rentals, LLC, a creditor in the above-styled cause. I am a custodian of the records of Rugged Rentals, LLC, kept and maintained in the ordinary course of business. I am personally familiar with the account of Chellie Hannah, and am competent to testify to the facts contained herein. I make this affidavit for the purpose of providing evidence in support of the arguments and claims of Rugged Rentals, LLC.

The property made the subject matter of this action is a portable building being leased to Hannah, described as:

**One portable building; to wit: (1) 10 x 16 Utility Building (Inventory # UUTX-148532-1016-072021), located at 2573 Pricedale Dr. SE, Bogue Chitto, MS 39629, or wherever found.**

BHR Management, LLC entered into a consumer Rental Agreement (hereinafter referred as "Rental Agreement") for a portable building, dated August 13, 2021, with Chellie Hannah. All right and title in and to the subject portable building and Rental Agreement was assigned to

Rugged Rentals, LLC, by way of assignment on August 13, 2021. A true and correct copy of the Rental Agreement is attached hereto as Exhibit "A" and incorporated herein. Rugged Rentals, LLC retains an ownership interest and claims a possessory interest in that certain portable building; to wit: (1) 10 x 16 Utility Building (Inventory # UUTX-148532-1016-072021), wherever found, by virtue of the provisions of the Rental Agreement and Hannah's default thereunder.

Ms. Hannah remains in default under the terms of the Rental Agreement and now owes the full payoff amount under the Rental Agreement in the total amount of $9,535.42, with legal fees and costs accruing. Ms. Hannah has not made a payment since 1/19/2022, with 43 monthly payments unpaid. (See Pay History, attached).

There is a substantial risk of damage or loss to the above-described property and Rugged Rentals has and will continue to incur substantial monetary loss if Ms. Hannah is allowed to continue in default and possession. Additionally, the property continues to depreciate and/or deteriorate. Accordingly, Rugged Rentals, LLC needs to be able to protect its interests in the subject portable building under the terms of the Rental Agreement.

_Jennifer Woods_
Jennifer Woods
RUGGED RENTALS, LLC

SWORN TO and subscribed before me on this the __18__ day of September 2025.

_Kayce L Workman_
NOTARY PUBLIC
My Commission Expires: 5-19-26

[Notary Seal: KAYCE L WORKMAN, TENNESSEE NOTARY PUBLIC, My Comm Exp. MAY 19TH, 2026, COUNTY OF OBION]

Payment - User: JJW Level: 5

Account #: 1101991

Cust. Name HANNAH, CHELLIE

On file CC x 0 ACH x 0

☑ Always Display Actions

Alt. Name

Address 2573 PRICEDALE DR SE   Apt   Email CHELLIEHANNAH4876@GMAIL.COM

City BOGUE CHITTO   State MS   Zip 39629

Hm Phone   WK   X   Mess.   Cell 601-730-5681   Other

Zone 1148   Directions 2573 PRICEDALE DR SE   BOGUE CHITTO, MS 39629-9664

Commitment

Comments CHAPTER 13 BK- W/ATTORNEY PATRICK GRAY

| CONTRACT# | DUE DATE | TYP/TRM | PAYMENT | LDW/int | OTHER | TOTAL | #PMT | NEXT DUE | Back Rent | EPO $ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1101991 | 2/25/22 | R   M | 205.71 | 0.00 | 690.00 | 9535.42 | 43 | 9/25/2025 | 0.00 | $9,510.34 |

205.71   0.00   690.00   Payoff Amt   #PMT   NEXT DUE   Deposit Balance
                                      ALL    ALL        14.81
GRAND TOTAL   9535.42

F4 - Adjust Other Charges   F6 - Complete

1300 Days Overdue

Deposit Paid

Deposit Spent

Rating / Status

Last Pmt/Amt: 1/19/2022  $1,058.36      Total W/Deposit
Late over 7 days: 0  Late over 30 days: 1  Lifetime NSF Checks: 0      9535.42

```
                              Rugged Rentals, LLC                                    Employee: JJW
                              PO Box 5117
                              South Fulton, TN 38257
                              844-292-3330

                              **** PAYMENT HISTORY REPORT ****

HANNAH, CHELLIE                                                                      DATE: 9/17/25
2573 PRICEDALE DR SE          #                 ACCT#:     1101991                   TIME: 4:59:27 PM
BOGUE CHITTO MS 39629
HM PHONE:  WK PHONE:
CELL PHONE: 601-730-5681 OTHER PHONE:  Message Phone:
---------------------------------------------------------------------------------------------------------

     Contract Information

Contract#   Type   Term   Due Date   Payment   LDW    Club    Tax      Total Payment   Other Charges Due
1101991     R      M      2/25/22    192.25    0.00   0.00    13.46    205.71          45.00

     Payment History

            Date      Date      Next                Days
Receipt#    Paid      Due       Due     Contract   Late    Pmt      LDW    Club    Other    Tax     Total      PF   Empl.  Time       CK Number    B.R. Adj
---------------------------------------------------------------------------------------------------------------------------------------------------------------
P110022838  1/19/22                                                                 DepositPAID     14.81      K    ABF    11:38 AM   7050430
P110022838  1/19/22   9/25/21   2/25/22  1101991    116    961.25   0.00   0.00    15.00    67.30   1043.55    K    ABF    11:38 AM   7050430      0.00
R110015081  8/23/21   8/23/21   9/25/21  1101991    0      0.00     0.00   0.00    150.00   0.00    150.00     1    BLC    03:04 PM
```

Contract Information - User: JJW Level: 5

```
                        CONTRACT INFORMATION
   CONTRACT #   OPEN DATE TYPE/TERM    TOTAL         PAID          DUE         PAYOFF
1  1101991       8/23/21    R   M    $9,873.96    $1,028.54    $8,845.42    $9,510.34     *
   MODEL UUTX           PMT $192.25     48            5            43
2                                                                                         *
   MODEL
3                                                                                         *
   MODEL
4                                                                                         *
   MODEL
5                                                                                         *
   MODEL
6                                                                                         *
   MODEL
7                                                                                         *
   MODEL
8                                                                                         *
   MODEL
9                                                                                         *
   MODEL
A                                                                                         *
   MODEL
```

The figures on this screen INCLUDE Tax (except PMT)

Deposit Balance
14.81

Payoff with Deposit subtracted: $9,495.53