United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 25-00389-KMS
James Randall Hannah                                                              Chapter 13
Chellie Ladene Hannah
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                              User: mssbad                                        Page 1 of 3
Date Rcvd: Oct 17, 2025                      Form ID: hn005kms                          Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Randall Hannah, Chellie Ladene Hannah, 2573 Pricedale Drive, Bogue Chitto, MS 39629-9664 |
| cr | + | Rugged Rentals, LLC, 1490 Northbank Parkway, Suite 263, Tuscaloosa, AL 35406, UNITED STATES 35406-2440 |
| 5474189 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebn@21stmortgage.com | Oct 17 2025 19:38:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:49 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:40 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5474172 | | Email/Text: ebn@21stmortgage.com | Oct 17 2025 19:38:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5474173 | + | Email/Text: bankruptcy@acima.com | Oct 17 2025 19:38:00 | Acima Credit, 13907 Minuteman Dr, Draper, UT 84020-9869 |
| 5474174 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 17 2025 19:42:40 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5474175 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 17 2025 19:39:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5496964 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:48 | Carvana, LLC, Bridgecrest c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5474176 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 19:38:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5474181 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 19:38:00 | Department of Treasury -, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5474177 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 17 2025 19:42:49 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5477857 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2025 19:42:48 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 5474178 | ^ | MEBN | Oct 17 2025 19:34:50 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: hn005kms | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 5474179 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 17 2025 19:42:48 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5474180 | + Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 19:39:00 | Ginnys/Swiss Colony, Po Box 2825, Monroe, WI 53566-8025 |
| 5474182 | + Email/Text: ebone.woods@usdoj.gov | Oct 17 2025 19:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5495738 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 19:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5474183 | Email/Text: customerservice.us@klarna.com | Oct 17 2025 19:38:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5474184 | ^ MEBN | Oct 17 2025 19:35:07 | Kubota Credit Corp, Attn: Bankruptcy, P.O. Box 2046, Grapevine, TX 76099-2046 |
| 5496827 | + Email/Text: KubotaBKNotices@nationalbankruptcy.com | Oct 17 2025 19:38:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5477724 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:42:40 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5500439 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 19:42:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5474185 | + Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 19:39:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5474186 | + Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 19:39:00 | The Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5474187 | ^ MEBN | Oct 17 2025 19:35:00 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5474188 | ^ MEBN | Oct 17 2025 19:34:32 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5498047 | | CREDITOR ADDED IN ERROR. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025                    Signature:          /s/Gustava Winters

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: hn005kms | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Patrick Gray | on behalf of Creditor Rugged Rentals  LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor James Randall Hannah trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Chellie Ladene Hannah trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form hn005kms (Rev. 10/18)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **James Randall Hannah**
    **Chellie Ladene Hannah**                         **CASE NO. 25−00389−KMS**
    **DEBTORS.**                                     **CHAPTER 13**

### NOTICE OF HEARING AND DEADLINES

      Rugged Rentals, LLC has filed a Motion for Relief from Automatic Stay (the "Motion") (Dkt. # 26) with the Court in the above−styled case.

      <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

      The Court will hold a combined and final hearing on December 18, 2025, at 10:00 AM in the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, Mississippi, to consider and act upon the Motion.

      If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before December 11, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

      Dated: 10/17/25                         Danny L. Miller, Clerk of Court
                                         U.S. Bankruptcy Court
                                         Thad Cochran U.S. Courthouse
                                         501 E. Court Street
                                         Suite 2.300
                                         Jackson, MS 39201
                                         601−608−4600

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

All Parties and Creditors listed on mailing matrix.