# Proceeding Minutes / Proceeding Memo

**Case #:** 25-00389   **Case Name:** James Randall Hannah and Chellie Ladene Hannah

**Set:** 12/18/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter:** Motion for Relief from Stay as to 10 x 16 Utility Building (Inventory UUTX-148532-1016-072021). . Filed by Creditor Rugged Rentals, LLC (Attachments: # 1 Exhibit Redacted Lease # 2 Exhibit Affidavit of Jennifer Woods & Pay History)  (Dkt. #26)

Response filed by the Debtors (Dkt. #32)

---

Minute Entry Re: (related document(s): [26] Motion for Relief From Stay filed by Rugged Rentals, LLC) Gray to submit an Agreed Order. Order due by 01/01/2026. Called in by Gray. (mcc)