**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    James Randall Hannah                              Case No. 25-00389-JAW
          Chellie Ladene Hannah, Debtors                              CHAPTER 13

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: April 29, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O Box 13767
                                           Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   James Randall Hannah                                    Case No. 25-00389-JAW
          Chellie Ladene Hannah, Debtors                      CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in June 2026.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on April 29, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES RANDALL HANNAH
CHELLIE LADENE HANNAH

CASE NO: 25-00389

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/29/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/29/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES RANDALL HANNAH
CHELLIE LADENE HANNAH

CASE NO: 25-00389

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/29/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/29/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00389
SOUTHERN DISTRICT OF MISSISSIPPI
WED APR 29 9-18-33 PST 2026

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXETER FINANCE LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

RUGGED RENTALS  LLC
1490 NORTHBANK PARKWAY
SUITE 263
TUSCALOOSA  AL 35406-2440

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON  MS 39201-5036~~

~~EXCLUDE~~

~~(D)(P)21ST MORTGAGE CORPORATION~~
~~PO BOX 477~~
~~KNOXVILLE TN 37901-0477~~

ACIMA CREDIT
13907 MINUTEMAN DR
DRAPER  UT 84020-9869

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO  CA 94108-2716

~~EXCLUDE~~

BRIDGECREST ACCEPTANCE
PO BOX 53087
SUITE 100
PHOENIX  AZ 85072-3087

~~(U)CREDITOR ADDED IN ERROR~~

CARVANA  LLC
BRIDGECREST CO AIS PORTFOLIO SERVICES
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXETER FINANCE LLC CO AIS PORTFOLIO SERVICE
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

FIRST DIGITAL CARD
ATTN BANKRUPTCY
PO BOX 85650
SIOUX FALLS  SD 57118-5650

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

GINNYSSWISS COLONY
PO BOX 2825
MONROE  WI 53566-8025

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

KUBOTA CREDIT CORP
ATTN BANKRUPTCY
PO BOX 2046
GRAPEVINE  TX 76099-2046

KUBOTA CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

LVNV FUNDING LLC CO
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

EXCLUDE

THE SWISS COLONY
ATTNBANKRUPTCY
1112 SEVENTH AVE
MONROE  WI 53566-1364

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WESTLAKE PORTFOLIO
ATTN BANKRUPTCY
PO BOX 76809
LOS ANGELES  CA 90076-0809

ZIP  INC
PMB 59872
NEW YORK  NY 10003-1502

CHELLIE LADENE HANNAH
2573 PRICEDALE DRIVE
BOGUE CHITTO  MS 39629-9664

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

JAMES RANDALL HANNAH
2573 PRICEDALE DRIVE
BOGUE CHITTO  MS 39629-9664

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767