United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-00389-KMS

James Randall Hannah                                                          Chapter 13

Chellie Ladene Hannah

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                          User: mssbad                                          Page 1 of 2

Date Rcvd: May 07, 2026                                 Form ID: pdf012                                 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID                              Recipient Name and Address**
db/jdb                          +  James Randall Hannah, Chellie Ladene Hannah, 2573 Pricedale Drive, Bogue Chitto, MS 39629-9664

                  +  TURNER INDUSTRIES, ATTEN: PAYROLL, 8687 UNITED PLAZA BLVD., BATON ROUGE, LA 70809-7009

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

**Name                              Email Address**

David Rawlings
          ecfnotices@rawlings13.net  sduncan@rawlings13.net

Patrick Gray
          on behalf of Creditor Rugged Rentals  LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com

Thomas Carl Rollins, Jr
          on behalf of Debtor James Randall Hannah trollins@therollinsfirm.com
          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
          on behalf of Joint Debtor Chellie Ladene Hannah trollins@therollinsfirm.com
          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-3                              User: mssbad                                    Page 2 of 2
Date Rcvd: May 07, 2026                    Form ID: pdf012                            Total Noticed: 2

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 PROCEEDING:
   JAMES RANDALL HANNAH                         25-00389 KMS
   CHELLIE LADENE HANNAH
   2573 Pricedale Drive                                      SSN:  XXX-XX-0768
   Bogue Chitto, MS  39629

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    TURNER INDUSTRIES
    ATTEN: PAYROLL
    8687 UNITED PLAZA BLVD.
    BATON ROUGE, LA  70809

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net