United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-00389-KMS

James Randall Hannah                                            Chapter 13

Chellie Ladene Hannah

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + James Randall Hannah, Chellie Ladene Hannah, 2573 Pricedale Drive, Bogue Chitto, MS 39629-9664

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

**Name**      **Email Address**

David Rawlings

      ecfnotices@rawlings13.net  sduncan@rawlings13.net

Patrick Gray

      on behalf of Creditor Rugged Rentals  LLC patrick@gray-lawgroup.com, emily@gray-lawgroup.com

Thomas Carl Rollins, Jr

      on behalf of Debtor James Randall Hannah trollins@therollinsfirm.com
      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

      on behalf of Joint Debtor Chellie Ladene Hannah trollins@therollinsfirm.com
      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

District/off: 0538-3                     User: mssbad                              Page 2 of 2
Date Rcvd: Jun 02, 2026                  Form ID: pdf012                           Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

---



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **James Randall Hannah**                     Case No. 25-00389-JAW
           **Chellie Ladene Hannah, Debtors**                    CHAPTER 13

### ORDER ON MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtors' motion to allow payment arrearage (DK # 38 ), the Court having reviewed and considered the facts herein, and there being no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Payment Arrearage is granted.  Debtors' past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan shall be amortized over the life of the plan and that the Trustee shall increase Debtors' Plan payment as necessary to offset for the lost plan payment with payments to resume in June 2026. The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533