**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   James Randall Hannah                      Case No. 25-00389-JAW
           Chellie Ladene Hannah, Debtors                      CHAPTER 13

**<u>ORDER AUTHORIZING DEBTOR TO INCUR DEBT</u>**

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK

#____), the Court having reviewed and considered the facts herein, and there being no objection

from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted.

Debtor is authorized to borrow up to thirty thousand dollars (30,000.00) to purchase a vehicle

with an interest rate no greater than 25.00% and a monthly payment not to exceed $550.00.

Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR