**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: James Randall Hannah**
**Chellie Ladene Hannah, Debtors**

**Case No. 25-00389-KMS**
**CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK #50 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. Debtor shall surrender the 2012 GMC Terrain to the Creditor, Exeter Finance LLC. This Order binds those creditors and parties in interest that have been properly served. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to Exeter Finance LLC, Inc. and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Creditor shall be allowed to file an unsecured deficiency claim upon sale of the Vehicle. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR