**OFFICE OF THE STANDING TRUSTEE**
**IN PROCEEDINGS UNDER CHAPTER 13 OF THE**
**UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS 39403**
**TELEPHONE (601) 582-5011**

DATE: September 21, 2026

JAMES RANDALL HANNAH
CHELLIE LADENE HANNAH
2573 Pricedale Drive
Bogue Chitto, MS 39629

**RE: NEW PLAN PAYMENT: $2,040.00**
Case No. 25-00389 KMS

**REASON FOR DECREASE: Order dk#54**

Dear Debtors:

Your Chapter 13 Plan payment has been decreased to the above stated sum.

If you are paying direct, then your next monthly Plan payment after the date of this letter will be the above sum and your Chapter 13 Plan will pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order will be sent to your employer and the new amount of your Plan payment will be withheld from your wages. Hopefully, this decrease in your Plan payment will aid you in staying current in the future.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/ DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236